FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 MAR 20  AM 11: 27

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

KENYATTA WILLIAMS and
SHAWANA SANDERS on behalf of
themselves and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

NAPLES HOTEL GROUP, LLC,

    Defendant.

CASE NO. 2018-CA-001571-O
6:18-CV-422-ORL-37-DCI

### DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, NAPLES HOTEL GROUP, LLC ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

1. On or about February 13, 2018, Plaintiffs, Kenyatta Williams and Shawana Sanders ("Plaintiffs") filed a Complaint which was captioned *"Kenyatta Williams and Shawana Sanders on behalf of themselves and on behalf of all others similarly situated v. Naples Hotel Group, LLC."* (the "Circuit Court Case"). The Circuit Court Case was assigned Case No. 2018-CA-001571-o. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders served upon Defendant, *see* 28 U.S.C. § 1446(a), are being filed simultaneously herewith.

2. Defendant was served with the Complaint on or about February 19, 2018. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court in and for Orange County, Florida.

4. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiffs filed their Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

5. The Complaint seeks relief for alleged violations of the Fair Credit Reporting Act of 1970, as amended ("FCRA"), 15 U.S.C. §1681 et seq.

6. Because Plaintiffs have asserted a claim under the FCRA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

WHEREFORE, Defendant, Naples Hotel Group, LLC, respectfully removes this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida.

DATED this 20th day of March, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: _____
Stephanie L. Adler-Paindiris
Florida Bar No. 523283
Stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
Amanda.simpson@jacksonlewis.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2018, the foregoing was furnished by U.S. Mail to: Marc R. Edelman, Esquire, Morgan & Morgan, P.A., 201 N. Franklin Street, Suite 700, Tampa, FL 33602; C. Ryan Morgan, Esq., Morgan & Morgan, P.A., P. O. Box 4979, Orlando, FL 33802 and to Andrew Frisch, Esq., Morgan & Morgan, P.A., 600 North Pine Island Road, Suite 400, Plantation, FL 33324.

_____
Amanda A. Simpson

4821-9037-0399, v. 1