UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENYATTA WILLIAMS; and
SHAWANA SANDERS,

     Plaintiffs,

v.                                                                    Case No:  6:18-cv-422-Orl-37DCI

NAPLES HOTEL GROUP, LLC,

     Defendant.

---

### ORDER

With their motion final approval of the class action settlement in this case (Doc.

41), Plaintiffs moved for approval of attorneys' fees and costs, and a service award to the

class representatives.  (Doc. 42 ("**Motion**").)  Consistent with the settlement agreement

(Doc. 36-1), Plaintiff and Plaintiff's counsel, as Class Counsel, seek an award of the

following amounts to be paid from the settlement fund: (1) attorneys' fees in the amount

of $31,800.00; (2) settlement administration expenses not to exceed $10,000; and (3) a

$3,500 service award to each Plaintiff.[1] (Doc. 47, pp. 1–2.) On referral, U.S. Magistrate

Judge Daniel C. Irick recommends the Court grant in part the Motion. (Doc. 47 ("**R&R**").)

Magistrate Judge Irick finds Plaintiffs are entitled to all relief requested, except for the

$641.75 in costs, which Class Counsel agreed to incur. (*Id.* at 2 n.1, 11.)

---

[1] Plaintiffs also request costs totaling $641.75, but "Class Counsel has agreed to absorb these costs to confer an even greater monetary benefit upon class members." (Doc. 42, p. 17.)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 47) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs and Class Representatives Service Awards (Doc. 42) is **GRANTED IN PART AND DENED IN PART:**

    a.  The Motion is **GRANTED** to the extent the Court approves the award of $31,800.00 in attorneys' fees, settlement administration expenses not to exceed $10,000, and a total of $7,000.00 in service awards as class representatives—$3,500.00 to Plaintiff Kenyatta Williams and $3,500.00 to Plaintiff Shawana Sanders.

    b.  In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record